# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALAN RANDOLPH,<br>　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br>　　Defendant. | )<br>)<br>)<br>)<br>)　Case No. 5:20-cv-00404-P<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

　　Defendant, the Commissioner of Social Security (Commissioner), by and through his counsel, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings (ECF No. 31).  On order of the Court, the Social Security Administration's Appeals Council will vacate the administrative law judge's (ALJ's) decision and conduct further administrative proceedings.

　　Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** to the Commissioner

for further administrative proceedings as set forth above.[1]  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

IT IS SO ORDERED this  21st  day of May, 2021.

GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58